OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
JAMES R. WILLIAMS, State Bar #271253
County Counsel
GRETA S. HANSEN, State Bar #251471
Chief Assistant County Counsel
LAURA TRICE, State Bar #284837
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, State Bar #255096
Deputy County Counsel
JULIA B. SPIEGEL, State Bar #292469
Deputy County Counsel
H. LUKE EDWARDS, State Bar #313756
Deputy County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENEN, Acting Secretary of Homeland Security; and KENNETH T. CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. 3:19-cv-4717-JSC<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Trial Date: None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Julia B. Spiegel hereby enters an appearance as counsel for Plaintiff County of Santa Clara in the above-referenced action. Please serve said counsel with all pleadings and notices in this action:

Julia B. Spiegel (SBN 292469)
Deputy County Counsel
Office of the County Counsel
County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5949
Facsimile: (408) 292-7240
Email: julia.spiegel@cco.sccgov.org

Dated:  August 19, 2019

Respectfully submitted,

JAMES R. WILLIAMS
County Counsel
GRETA S. HANSEN
LAURA TRICE
RAPHAEL N. RAJENDRA
JULIA B. SPIEGEL
H. LUKE EDWARDS

By:  /s/ Julia B. Spiegel
        JULIA B. SPIEGEL
        Deputy County Counsel

*Attorneys for Plaintiff*
*County of Santa Clara*

2066453