OFFICE OF THE CITY ATTORNEY
CITY AND COUNTY OF SAN FRANCISCO
DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
SARA J. EISENBERG, State Bar #269303
Chief of Strategic Advocacy
MATTHEW D. GOLDBERG, State Bar #240776
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:    (415) 554-4748
Facsimile:    (415) 554-4715
E-Mail:       matthew.goldberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA, | Case No. 3:19-cv-04717 |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | Trial Date:    None set |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENEN, Acting Secretary of Homeland Security; and KENNETH T. CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services, | |
| Defendants. | |

# PROOF OF SERVICE

I, MARTINA HASSETT, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 15, 2019 I served the following documents:

1. **COMPLAINT AND CIVIL CASE COVER SHEET;**
2. **NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY;**
3. **PROPOSED SUMMONSES;**
4. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
5. **NOTICE OF APPEARANCE OF SARA EISENBERG;**
6. **ISSUED SUMMONSES;**
7. **NOTICE OF APPEARANCE OF RONALD P. FLYNN;**
8. **NOTICE OF APPEARANCE OF MATTHEW D. GOLDBERG;**
9. **NOTICE OF APPEARANCE OF YVONNE R. MERÉ;**
10. **CIVIL STANDING ORDER FOR MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**
11. **SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY;**
12. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;**
13. **ECF REGISTRATION INFORMATION;**
14. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; and**
15. **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION FORM.**

on the following persons at the locations specified:

Kevin K. McAleenan
Acting Secretary of Homeland Security
c/o U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0486
Washington, DC 20528

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, DC 20528

| | |
|---|---|
| Kenneth T. Cuccinelli<br>Acting Director of U.S. Citizenship and Immigration Services<br>c/o United States Department of Homeland Security<br>Office of the General Counsel - Chief Legal Counsel USCIS<br>245 Murray Lane SW<br>Washington, DC 20528 | U.S. Citizenship and Immigration Services<br>United States Department of Homeland Security<br>Office of the General Counsel - Chief Legal Counsel USCIS<br>245 Murray Lane SW<br>Washington, DC 20528 |
| United States Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | United States Attorney General<br>United States Department of Justice<br>Civil Process Clerk<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

in the manner indicated below:

☒ **BY UNITED STATES CERTIFIED MAIL, RETURN RECEIPT REQUESTED**:
Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 19, 2019, at San Francisco, California.

_____
MARTINA HASSETT