OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
JAMES R. WILLIAMS, State Bar #271253
County Counsel
GRETA S. HANSEN, State Bar #251471
Chief Assistant County Counsel
LAURA TRICE, State Bar #284837
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, State Bar #255096
Deputy County Counsel
JULIA B. SPIEGEL, State Bar #292469
Deputy County Counsel
H. LUKE EDWARDS, State Bar #313756
Deputy County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA,<br><br>        Plaintiffs,<br><br>        vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENEN, Acting Secretary of Homeland Security; and KENNETH T. CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>        Defendants. | Case No. 3:19-cv-4717-JSC<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Trial Date: None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Laura S. Trice hereby enters an appearance as counsel for Plaintiff County of Santa Clara in the above-referenced action.  Please serve said counsel with all pleadings and notices in this action:

Laura S. Trice (SBN 284837)
Lead Deputy County Counsel
Office of the County Counsel
County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5940
Facsimile: (408) 292-7240
Email: laura.trice@cco.sccgov.org

Dated:  August 20, 2019                    Respectfully submitted,

JAMES R. WILLIAMS
County Counsel
GRETA S. HANSEN
LAURA S. TRICE
RAPHAEL N. RAJENDRA
JULIA B. SPIEGEL
H. LUKE EDWARDS

By:  */s/ Laura S. Trice*
        LAURA S. TRICE
        Lead Deputy County Counsel

*Attorneys for Plaintiff*
*County of Santa Clara*

2067449

Notice of Appearance of Counsel                    Case No. 3:19-cv-4717-JSC