UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CLINICA DE LA RAZA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 19-cv-04980-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *City and County of San Francisco v. U.S. Citizenship and Immigration Services*, No. 19-cv-04717.

**IT IS SO ORDERED.**

Dated: 8/22/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge