OFFICE OF THE CITY ATTORNEY
CITY AND COUNTY OF SAN FRANCISCO
DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
SARA J. EISENBERG, State Bar #269303
Chief of Strategic Advocacy
MATTHEW D. GOLDBERG, State Bar #240776
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:      (415) 554-4715
E-Mail:          matthew.goldberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
JAMES R. WILLIAMS, State Bar #271253
County Counsel
GRETA S. HANSEN, State Bar #251471
Chief Assistant County Counsel
LAURA TRICE, State Bar #284837
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, State Bar #255096
Deputy County Counsel
JULIA B. SPIEGEL, State Bar #292469
Deputy County Counsel
H. LUKE EDWARDS, State Bar #313756
Deputy County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA  95110-1770
Telephone:     (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:          luke.edwards@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENEN, Acting Secretary of Homeland Security; and KEN CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. 4:19-cv-04717-PJH<br><br>**DECLARATION OF IRENE SUNG IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:     October 2, 2019<br>Time:                 9:00 am<br>Judge:                Hon. Phyllis J. Hamilton<br>Place:                 Oakland Courthouse<br>                           Courtroom 3 - 3rd Floor<br><br>Trial Date:         Not set |

I, IRENE SUNG, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Acting Director of Behavioral Health Services (BHS) for the San Francisco Department of Public Health (SFDPH). I have held this position since March 18, 2019. As Acting Director, I provide vision, direction, and administrative leadership for SFDPH's mental health and substance use disorder services under the division of Ambulatory Care. Prior to becoming Acting Director, I held a variety of positions within SFDPH where I worked as a senior mental health care provider and administrator, including as Chief Medical Office of Behavioral Health Services for the San Francisco Health Network, Medical Director for Community Behavioral Health Services, Chief Medical Officer of Community Programs, and Medical Director of Children, Youth, and Family System of Care. I hold a Doctor of Medicine from the University of Minnesota Medical School and a Bachelor's degree from St. Olaf College.

3. SFDPH's BHS is the largest provider of behavioral health (mental health and substance use) prevention, early intervention, and treatment services in the City and County of San Francisco. We serve approximately 25,000 people in our clinical system of care, and operate with an annual budget of roughly $366 million, about 29% percent of which ($107 million) comes from reimbursement for services under the Medi-Cal program.

4. I am familiar with the Department of Homeland Security's new rule entitled "Inadmissibility on Public Charge Grounds" ("Final Rule"). I understand that the Final Rule would change longstanding federal policy by allowing federal officials to consider an immigrant's use of non-cash benefits, including those provided under Medicaid, when determining whether to allow the immigrant to enter the United States, or adjust his/her immigration status. In my professional opinion, the Final Rule will cause many low-income immigrant patients to disenroll from Medi-Cal, and will deter them from seeking the behavioral health care they need, which will have devastating results for those patients, their communities, and the City and County of San Francisco.

5. Patients who forgo treatment for their mental health needs will often see their conditions worsen. Untreated mental health conditions can result in a variety of bad outcomes, including suicide,

substance use, and violence. These outcomes will affect public safety, impose burdens on police and other emergency services, and will result in increased emergency psychiatric care.

6. Currently, we provide many behavioral health services in outpatient clinics. When patients forgo Medi-Cal, out of fear of the Final Rule, they likely will not receive the ongoing treatment they need, and will enter the health care system when their condition is much more acute. Acute services are much more expensive than out-patient services. Therefore, the shift from outpatient to emergent services that will be a direct result of the Final Rule will impose significant costs on SFDPH, which is charged with providing behavioral health care services to all patients, regardless of ability to pay.

7. In addition, any increase in the number of patients requiring psychiatric emergency services will tax our existing mental health system, which is already at capacity. Additional patients with acute psychiatric needs will require the City to hire more police to transport patients, increase staffing in our emergency psychiatric services unit, and expand our Jail health services. We would also need more intensive case management services, and more beds in facilities that are equipped to house and provide supportive services to people with acute psychiatric needs.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 26, at San Francisco, California.

IRENE SUNG