1  CITY ATTORNEY'S OFFICE
   CITY AND COUNTY OF SAN FRANCISCO
2  DENNIS J. HERRERA, State Bar #139669
   City Attorney
3  JESSE C. SMITH, State Bar #122517
   Chief Assistant City Attorney
4  RONALD P. FLYNN, State Bar #184186
   Chief Deputy City Attorney
5  YVONNE R. MERÉ, State Bar #173594
   Chief of Complex and Affirmative Litigation
6  SARA J. EISENBERG, State Bar #269303
   Chief of Strategic Advocacy
7  MATTHEW D. GOLDBERG, State Bar #240776
   Deputy City Attorney
8  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
9  San Francisco, California 94102-4602
   Telephone:      (415) 554-4748
10 Facsimile:      (415) 554-4715
   E-Mail:          matthew.goldberg@sfcityatty.org

11

12 Attorneys for Plaintiff
   CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
JAMES R. WILLIAMS, State Bar #271253
County Counsel
GRETA S. HANSEN, State Bar #251471
Chief Assistant County Counsel
LAURA TRICE, State Bar #284837
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, State Bar #255096
Deputy County Counsel
JULIA B. SPIEGEL, State Bar #292469
Deputy County Counsel
H. LUKE EDWARDS, State Bar #313756
Deputy County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San José, CA  95110-1770
Telephone:      (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:          luke.edwards@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

13

14                      UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16 CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA, | Case No. 4:19-CV-04717 PJH |
| 17      Plaintiffs, | **DECLARATION OF SARA CODY, M.D., HEALTH OFFICER AND DIRECTOR OF COUNTY OF SANTA CLARA PUBLIC HEALTH DEPARTMENT IN SUPPORT OF COUNTIES' MOTION FOR PRELIMIARY INJUNCTION** |
| 18 vs. | |
| 19 DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND | |
| 20 IMMIGRATION SERVICES; KEVIN McALEENEN, Acting Secretary of Homeland | Hearing Date:   October 2, 2019 |
| 21 Security; and KEN CUCCINELLI, in his official capacity as Acting Director of U.S. | Time:            9:00 am<br>Judge:           Hon. Phyllis J. Hamilton |
| 22 Citizenship and Immigration Services, | Place:           Oakland Courthouse<br>Courtroom 3 - 3rd Floor |
| 23      Defendants. | Trial Date:      Not set |

24

25      I, SARA H. CODY, M.D., declare as follows:

26      1.      I have personal knowledge of the facts set forth in this declaration.  I am a resident of

27 the State of California.  I submit this declaration in support of the City and County of San Francisco

28 and County of Santa Clara's Motion for Preliminary Injunction.  If called as a witness, I could and

1

1   would testify competently to the matters set forth herein.

2       2.    I am the Director of the County of Santa Clara ("County") Public Health Department,

3   as well as the Health Officer for the County and each of the 15 cities located within Santa Clara

4   County.  I have held the Health Officer position from 2013 to the present and have held the Public

5   Health Department Director position from 2015 to the present.  In these roles, I provide leadership

6   on public health issues for all of Santa Clara County and oversee approximately 450 Public Health

7   Department employees, who provide a wide array of services to safeguard and promote the health of

8   the community.

9       3.    Prior to becoming the Health Officer for the County and each of its cities, I was

10  employed for 15 years as a Deputy Health Officer/Communicable Disease Controller at the County's

11  Public Health Department, where I oversaw surveillance and investigation of individual cases of

12  communicable diseases, investigated disease outbreaks, participated in planning for public health

13  emergencies, and responded to Severe Acute Respiratory Syndrome (SARS), influenza A virus

14  subtype H1N1 (also known as "swine flu" or H1N1), and other public health emergencies.

15      4.    The mission of the Public Health Department is to promote and protect the health of

16  Santa Clara County's entire population.  None of Santa Clara County's 15 cities have a health

17  department.  All 15 cities, and all Santa Clara County residents, rely on the Public Health

18  Department to perform essential public health functions.  The work of the Public Health Department

19  is focused on three main areas: (1) infectious disease and emergency response, (2) maternal, child,

20  and family health, and (3) healthy communities.  The Public Health Department's work is guided by

21  core public health principles of equity, collaboration and inclusion, and harm prevention.  This

22  work—in particular, infectious disease control and emergency response—is critical to the health of

23  the entire community countywide.

24      5.    The Public Health Department also provides direct services that primarily benefit

25  low-income persons, children, people of color, and people living with chronic diseases, such as

26  HIV/AIDS.  These services include screenings and treatment for highly contagious diseases

27  (including sexually transmitted diseases) and immunizations.  We also provide case management for

28  mothers with high-risk pregnancies to ensure they are linked to appropriate care.  To provide these

Declaration of Sara H. Cody, M.D. ISO Counties' Motion                4:19-CV-04717 PJH
for Preliminary Injunction

1  critical services, the Public Health Department depends heavily on reimbursement through public

2  benefit programs, including programs established by the federal government such as Medicaid

3  (known as Medi-Cal in California).[1]  For example, the County's Public Health Department received

4  $6.1 million in Medi-Cal payments and $2.4 million in Medicare payments in Fiscal Year 2016 for

5  health care provided to patients with Medi-Cal or Medicare coverage.  Given increases in the

6  population of the County, these numbers have likely increased in more recent years.

7  **A.      Due to the Rule, County Residents Are Forgoing and Declining Critical Services at
         Great Cost to Themselves and to the County**

8

9        6. I am generally familiar with the Department of Homeland Security's (DHS) rulemaking

10  regarding Inadmissibility on Public Charge Grounds, including the proposed rule announced in

11  September 2018 and the final rule published in August 2019.  I am greatly concerned that the final

12  rule will increase the spread of communicable diseases—a risk that is not at all hypothetical.  The

13  Public Health Department provides essential outreach and education, screening, case management

14  and contact investigations, and ensures treatment for highly contagious diseases and in some cases

15  treats people who have been exposed to contagious diseases. The health of our entire community is

16  threatened when people forgo care for these diseases.

17        7.      For example, the County has the fourth highest rate of tuberculosis (TB) in

18  California, and California has highest rate of TB in the continental United States, and more cases of

19  tuberculosis than any other state or territory.  The majority of TB patients in the County are foreign

20  born (due to exposure in countries where TB remains endemic).  An estimated 160,000 people in the

21  County (or nearly 10% of the County's population) may have latent TB infection (LTBI), that is,

22  they are infected with the bacteria that causes TB, but do not have symptoms of the disease and are

23  not contagious.  Treatment of LTBI decreases the risk of developing TB disease by more than 90

24  percent, and thus during routine preventive care, the U.S. Preventive Services Task Force

25

26  _____

27  [1] Medi-Cal is the name of the program by which California implements the Medicaid program in this

28  state.  To receive Medicaid services in California a person must enroll for Medi-Cal benefits.

3

1   recommends that primary care providers screen asymptomatic adults at increased risk for LTBI.

2   However, screening for LTBI requires individuals to seek primary care.

3          8.      Since the proposed rule was announced, the County has seen cancellations of primary

4   care appointments, and the Public Health Department has witnessed County residents with positive

5   TB screens declining needed evaluation and LTBI treatment, even though its cost would be covered

6   by Medi-Cal or other public programs.  Some patients have explained their decision to decline

7   treatment as motivated by fear of using government-funded services due to the new public charge

8   rule.  Failure to treat LTBI imperils the health of both the individual patient and our entire

9   community.  When County residents are discouraged from accessing primary care or preventative

10  treatment, there is a much greater risk that LTBI will progress to active TB, which is contagious.  If

11  a person with LTBI progresses and develops active TB, they can then spread the TB infection to

12  people with whom they live or work or to anyone with whom they are in close and prolonged

13  contact. TB can be very severe and even fatal; nearly ten percent of patients who develop active TB

14  die.  The spread of TB imposes enormous fiscal and health costs on the County and our community.

15  Indeed, while LTBI is relatively inexpensive to treat, an active case of TB costs tens of thousands of

16  dollars to treat.  And the costs of treating an outbreak of TB can easily rise into the millions of

17  dollars.

18  **B.**  **Critical Public Health Services that Require Participants to Apply for Other
        Government-Funded Benefits Will Be Reduced Due to the Rule**

19

20         9.      Many services provided by the Public Health Department require patients to apply for

21  other benefits for which they may be eligible.  Patients who fear applying for or utilizing

22  government-funded benefits due to the Rule may now lose access to these other critical public health

23  services.

24        10.     The Public Health Department provides essential HIV-related health services to

25  County residents under the federal Ryan White HIV/AIDS Program.  As a payor of last resort, the

26  Ryan White Program conditions its funding on patients' enrollment in other programs for which they

27  are eligible—including Medi-Cal.  Individuals who fear applying for Medi-Cal because of potential

28  immigration consequences under the Rule must then also forgo the Ryan White Program's assistance

4

1   to receive life-saving medication and associated support. Adequate treatment and adherence to the

2   medication regimen is not only important for the health of the HIV-infected individual receiving

3   treatment, it is central to prevention as well.  Persons who are not adequately treated have a higher

4   "viral load" and are at increased risk of transmitting HIV to others. Increased incidence of HIV

5   translates to increased costs of acute, chronic, and preventive care for other newly infected people.

6        11.    Together with the State, the Public Health Department administers the California

7   Children's Services program (CCS), which helps treat children and young adults with certain serious

8   medical conditions such as cystic fibrosis and cerebral palsy.  However, to qualify for CCS, an

9   individual who CSS believes is eligible for Medi-Cal eligible must apply for Medi-Cal.[2]  Due to this

10  application requirement, County residents may lose access to critical CCS services if they are wary

11  of applying for or utilizing Medi-Cal because of the Rule.

12       12.    The Public Health Department also offers nutrition education to children in schools

13  through the CalFresh Healthy Living Program.  The program encourages children to increase their

14  consumption of fruit and vegetables, to drink more water, and to boost their physical activity.  Its

15  creative interventions—including adding harvest items to school lunch menus each month,

16  distributing flavored water, and offering structured physical activity at recess—help prevent costly

17  lifelong conditions such as obesity and diabetes.  Access to adequate nutrition leads to better health

18  and life outcomes for children later in life.  However, the Public Health Department can only offer

19  CalFresh Healthy Living Program in schools where fifty or more percent of students apply for free

20  or reduced-price lunches.  If schools no longer meet this threshold because parents are afraid to

21  apply for free or reduced-price lunches for their children, these CalFresh Healthy Living Program

22  will no longer receive federal funding to serve the at-risk children in these schools.

23  **C.    The Rule's Administrative Costs.**

24       13.    The Public Health Department has already expended over 150 staff hours trying to

25  respond to the Rule, long before it takes effect.  Staff have participated in and plan to participate in

26

27  _____

28  [2] California Department of Health Care Services, *Information About California Children's Services (CCS)*, https://www.sccgov.org/sites/phd/services/CCS/Documents/Applications/application-eng.pdf.

Declaration of Sara H. Cody, M.D. ISO Counties' Motion                    4:19-CV-04717 PJH
for Preliminary Injunction

1  staff education and assessments related to the Rule. And we are having to expend additional

2  resources to determine what other actions are necessary to respond to elevated public health risks

3  stemming from the Rule.

4       14.    For decades, the Public Health Department has expended significant resources to gain

5  the trust of the residents it serves. This trust building is necessary for the Public Health Department

6  to carry out its work protecting the public health, and it requires significant resources and staff

7  investments. I am greatly concerned that the Rule is undermining the trust that the Public Health

8  Department needs and has worked for decades to develop. I anticipate that the Public Health

9  Department will need to expend substantial resources conducting outreach, educating residents, and

10  rebuilding that trust over the coming months and years. To rise to meet these new and expanded

11  needs, the Public Health Department would need additional resources and funding.

12      I declare under penalty of perjury under the laws of the United States that the foregoing is

13  true and correct and that this declaration was executed on August 28, 2019 in San José, California.

14

15                  Respectfully submitted,

16

17                  SARA H. CODY, M.D.

18

19  2071509

20

21

22

23

24

25

26

27

28

6