```
OFFICE OF THE CITY ATTORNEY
CITY AND COUNTY OF SAN FRANCISCO
DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
SARA J. EISENBERG, State Bar #269303
Chief of Strategic Advocacy
MATTHEW D. GOLDBERG, State Bar #240776
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        matthew.goldberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENEN, Acting Secretary of Homeland Security; and KENNETH T. CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>    Defendants. | Case No. 4:19-cv-04717<br><br>**PROOF OF SERVICE**<br><br>Hearing Date:   October 2, 2019<br>Time:           9:00 am<br>Judge:          Hon. Phyllis J. Hamilton<br>Place:          Oakland Courthouse<br>                Courtroom 3 - 3rd Floor<br><br>Trial Date:     None set |

# PROOF OF SERVICE

I, MARTINA HASSETT, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 28, 2019 I served the following documents:

1. **CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM OF POINTS AND AUTHORITIES;**
2. **DECLARATION OF TOM WONG IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**
3. **DECLARATION OF ADRIENNE PON IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**
4. **DECLARATION OF TRENT RHORER IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**
5. **DECLARATION OF SUSIE SMITH IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**
6. **DECLARATION OF PERI WEISBERG IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**
7. **DECLARATION OF KRISTA BLYTH-GAETA IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**
8. **DECLARATION OF GREG WAGNER IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**
9. **DECLARATION OF TOMÁS ARAGÓN IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**
10. **DECLARATION OF GRETCHEN PAULE IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**
11. **DECLARATION OF HALI HAMMER IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**
12. **DECLARATION OF SUSAN EHRLICH IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**
13. **DECLARATION OF IRENE SUNG IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;**

14. DECLARATION OF PRITI RANE IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;

15. DECLARATION OF LILIANA SANDOVAL IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;

16. DECLARATION OF JENNIFER LEBARRE IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;

17. DECLARATION OF MOHAN KANUNGO IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;

18. DECLARATION OF LISA M. NEWSTSROM IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;

19. DECLARATION OF COUNTY OF SANTA CLARA HOSPITALS AND CLINICS CHIEF EXECUTIVE OFFICER PAUL E. LORENZ IN SUPPORT OF COUNTIES' MOTION FOR PRELIMINARY INJUNCTION;

20. DECLARATION OF REYMUNDO ESPINOZA, CHIEF EXECUTIVE OFFICER OF GARDNER HEALTH SERVICES, IN SUPPORT OF COUNTIES' MOTION FOR PRELIMINARY INJUNCTION;

21. DECLARATION OF ANGELA SHING, COUNTY OF SANTA CLARA DIRECTOR OF DEPARTMENT OF EMPLOYMENT & BENEFITS SERVICES, IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION

22. DECLARATION OF SARA CODY, M.D., HEALTH OFFICER AND DIRECTOR OF COUNTY OF SANTA CLARA PUBLIC HEALTH DEPARTMENT IN SUPPORT OF COUNTIES' MOTION FOR PRELIMINARY INJUNCTION;

23. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION;

24. DECLARATION OF COUNTY OF SANTA CLARA CHIEF OPERATING OFFICER MIGUEL MARQUEZ IN SUPPORT OF COUNTIES' MOTION FOR PRELIMINARY INJUNCTION; AND

25. [PROPOSED] ORDER GRANTING CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S MOTION FOR PRELIMINARY INJUNCTION.

on the following persons at the locations specified:

Kevin K. McAleenan
Acting Secretary of Homeland Security
c/o U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0486
Washington, DC 20528

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, DC 20528

| | |
|---|---|
| Kenneth T. Cuccinelli<br>Acting Director of U.S. Citizenship and Immigration Services<br>c/o United States Department of Homeland Security<br>Office of the General Counsel - Chief Legal Counsel USCIS<br>245 Murray Lane SW<br>Washington, DC 20528 | U.S. Citizenship and Immigration Services<br>United States Department of Homeland Security<br>Office of the General Counsel - Chief Legal Counsel USCIS<br>245 Murray Lane SW<br>Washington, DC 20528 |
| United States Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | United States Attorney General<br>United States Department of Justice<br>Civil Process Clerk<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

in the manner indicated below:

☒ **BY UNITED STATES CERTIFIED MAIL, RETURN RECEIPT REQUESTED**:
Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 28, 2019, at San Francisco, California.

_____
MARTINA HASSETT