BARBARA J. PARKER, SBN 069722
Oakland City Attorney
MARIA BEE, SBN 167716
ERIN BERNSTEIN, SBN 231539
MALIA MCPHERSON, SBN 313918
CAROLINE WILSON, SBN 322389
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Email: cwilson@oaklandcityattorney.org

Attorneys for Amicus Curiae
CITY OF OAKLAND, CA

MICHAEL N. FEUER, SBN 111529
Los Angeles City Attorney
JAMES P. CLARK, SBN 64780
KATHLEEN A. KENEALY, SBN 212289
DANIELLE L. GOLDSTEIN, SBN 257486
Office of the Los Angeles City Attorney
200 North Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: (213) 978-1868
Email: danielle.goldstein@lacity.org

Attorneys for Amicus Curiae
CITY OF LOS ANGELES, CA

VINCE RYAN
Harris County Attorney
ROBERT HAZELTINE-SHEDD
1019 Congress
Houston, Texas 77002
Telephone: (713) 274-5101
Email: vince.ryan@cao.hctx.net

Attorneys for Amicus Curiae
HARRIS COUNTY, TX

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENEN, Acting Secretary of Homeland Security; and KENNETH T. CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,

Defendants.

Case No. 4:19-cv-04717-PJH

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE 29 COUNTIES, CITIES, AND LOCAL GOVERNMENT AGENCIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The Honorable Judge Phyllis J. Hamilton

Pursuant to Local Civil Rule 7-11, the Cities of Los Angeles and Oakland, California together with Harris County, Texas and 26 cities, counties, and local government agencies ("Amici"), hereby request leave to file the Brief of Amici Curiae 29 Counties, Cities, and Local Government Agencies in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 22). The proposed brief accompanies this motion.

All parties consent to the filing of this amicus brief, although Defendants reserve the right to move for leave to file a response.

**INTEREST AND IDENTITY OF AMICUS CURIAE**

Amici represent 29 counties, cities, and local government organizations nationwide:

- The City of Los Angeles, California;
- The City of Oakland, California;
- The County of Harris, Texas;
- The City of Albuquerque, New Mexico;
- The City of Austin, Texas;
- The City of Baltimore, Maryland;
- The City of Chicago, Illinois;
- The City of Dallas, Texas;
- The City of Detroit, Michigan;
- The City of Holyoke, Massachusetts;
- The City of Houston, Texas;
- The City of Minneapolis, Minnesota;
- The City of Philadelphia, Pennsylvania;
- The City of Sacramento, California;
- The City of Santa Fe, New Mexico;
- The City of Santa Monica, California;
- The City of Seattle, Washington;
- The City of Somerville, Massachusetts;
- The City of South Bend, Indiana;

- The City of Stockton, California;
- The City of West Hollywood, California;
- The City and County of Denver, Colorado;
- The County of Marin, California;
- The County of Monterey, California;
- The County of San Mateo, California;
- The County of Santa Cruz, California;
- The County of King, Washington;
- The County of Travis, Texas; and
- The Housing Authority of the City of Los Angeles, California.

Amici represent nearly every region of the country and have a compelling interest in the subject of this litigation, specifically in widely enjoining the implementation of the Final Rule on the public charge ground of inadmissibility ("Rule"). Like the City and County of San Francisco and the County of Santa Clara, Amici are home to large numbers of immigrant constituents. Amici share strong traditions of embracing and valuing their diversity, and in turn, supporting the fair and equitable treatment of immigrants and immigrant families. Amici also recognize the significant contributions that immigrants make and have made in their communities.

Additionally as local governments, Amici have direct responsibility for the health and welfare of their residents. Amici fulfill this charge through a wide variety of programs, services, and safety-net systems aimed to benefit individuals and the public health of their communities, regardless of immigration status. The Rule is designed to deter residents from Amici's immigrant communities from seeking necessary public benefits to which they are otherwise entitled. Such deterrence will cause significant and unnecessary harm to Amici's immigrant communities, as well as Amici's public health, emergency, and safety-net systems.

Amici's proposed brief offers valuable perspectives on the widespread harm facing localities across the country in light of the Rule. The proposed brief will offer insight into the realities of local services and the broad role of local governments across the country.

For the foregoing reasons, Amici respectfully request the Court's permission to file the

brief accompanying this motion. See *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) ("The district court has broad discretion to appoint amici curiae."); *Miller-Wohl Co. v. Commissioner of Labor & Industry*, 694 F.2d 203, 204 (9th Cir. 1982) ("[T]he classic role of amicus curiae . . . [is to assist] in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration.").

Dated: September 9, 2019

Respectfully submitted,

By: __*/s/ Erin Bernstein*____________

BARBARA J. PARKER, SBN 069722
Oakland City Attorney
MARIA BEE, SBN 167716
ERIN BERNSTEIN, SBN 231539
MALIA MCPHERSON, SBN 313918
CAROLINE WILSON, SBN 322389
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Email: cwilson@oaklandcityattorney.org

Attorneys for Amicus Curiae
CITY OF OAKLAND

By: _*/s/ Danielle L. Goldstein*________

MICHAEL N. FEUER, SBN 111529
Los Angeles City Attorney
JAMES P. CLARK, SBN 64780
KATHLEEN A. KENEALY, SBN 212289
DANIELLE L. GOLDSTEIN, SBN 257486
Office of the Los Angeles City Attorney
200 North Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: (213) 978-1868
Email: danielle.goldstein@lacity.org

Attorneys for Amicus Curiae
CITY OF LOS ANGELES

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion and the attached brief will be delivered electronically, on September 9, 2019, to counsel for parties through the District Court's Electronic Case Filing system.

__*/s/ Danielle L. Goldstein*__
Danielle L. Goldstein
September 9, 2019