BARBARA J. PARKER, SBN 069722
Oakland City Attorney
MARIA BEE, SBN 167716
ERIN BERNSTEIN, SBN 231539
MALIA MCPHERSON, SBN 313918
CAROLINE WILSON, SBN 322389
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Email: cwilson@oaklandcityattorney.org

Attorneys for Amicus Curiae
CITY OF OAKLAND, CA

MICHAEL N. FEUER, SBN 111529
Los Angeles City Attorney
JAMES P. CLARK, SBN 64780
KATHLEEN A. KENEALY, SBN 212289
DANIELLE L. GOLDSTEIN, SBN 257486
Office of the Los Angeles City Attorney
200 North Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: (213) 978-1868
Email: danielle.goldstein@lacity.org

Attorneys for Amicus Curiae
CITY OF LOS ANGELES, CA

VINCE RYAN
Harris County Attorney
ROBERT HAZELTINE-SHEDD
1019 Congress
Houston, Texas 77002
Telephone: (713) 274-5101
Email: vince.ryan@cao.hctx.net

Attorneys for Amicus Curiae
HARRIS COUNTY, TX

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENEN, Acting Secretary of Homeland Security; and KENNETH T. CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,

Defendants.

Case No. 4:19-cv-04717-PJH

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE 29 COUNTIES, CITIES, AND LOCAL GOVERNMENT AGENCIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The Honorable Judge Phyllis J. Hamilton

This Matter came before the Court on the proposed Amici Curiae's Motion for Leave to File Brief of Amici Curiae 29 Counties, Cities, and Local Government Agencies in Support of Plaintiffs' Motion for Preliminary Injunction. Having reviewed the Motion, and for good cause shown, *see Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) ("The district court has broad discretion to appoint amici curiae."); *Miller-Wohl Co. v. Commissioner of Labor & Industry*, 694 F.2d 203, 204 (9th Cir. 1982) ("[T]he classic role of amicus curiae . . . [is to assist] in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration."), the Court hereby GRANTS the Motion and ORDERS that the [Proposed] Brief of Amici Curiae 29 Counties, Cities, and Local Government Agencies in Support of Plaintiffs' Motion for Preliminary Injunction be deemed filed.

**IT IS SO ORDERED.**

Dated:

____________________________________
The Honorable Phyllis J. Hamilton
United States District Judge