Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CITY OF SAN FRANCISCO, *et al.* )
                                )  Case No: 4:19-cv-4717
              Plaintiff(s),     )
                                )  **APPLICATION FOR**
        v.                      )  **ADMISSION OF ATTORNEY**
                                )  **PRO HAC VICE**
U.S.C.I.S., *et al.*            )  (CIVIL LOCAL RULE 11-3)
                                )
              Defendant(s).     )
                                )

I, Natalie Kean, an active member in good standing of the bar of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: see Appendix in the above-entitled action. My local co-counsel in this case is Christina Maria Assi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1444 Eye Street NW, Suite 1100<br>Washington, DC 20005 | 2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (202) 289-6976 | (310) 284-4570 |
| My email address of record: | Local co-counsel's email address of record: |
| NKean@justiceinaging.org | CAssi@proskauer.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 61209.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/09/19                    /s/ Natalie Kean
                                        APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Natalie Kean is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/17/2008,

## Natalie Elise Kean

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 6th day of September, 2019.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri

**Appendix – List of Amici**

Justice in Aging

American Society on Aging

Caring Across Generations

Jewish Family Service of Los Angeles

The National Asian Pacific Center on Aging

National Council on Aging

National Hispanic Council on Aging

MAZON

PHI