CITY ATTORNEY'S OFFICE
CITY AND COUNTY OF SAN FRANCISCO
DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
SARA J. EISENBERG, State Bar #269303
Chief of Strategic Advocacy
MATTHEW D. GOLDBERG, State Bar #240776
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:      (415) 554-4715
E-Mail:           matthew.goldberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
JAMES R. WILLIAMS, State Bar #271253
County Counsel
GRETA S. HANSEN, State Bar #251471
Chief Assistant County Counsel
LAURA TRICE, State Bar #284837
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, State Bar #255096
Deputy County Counsel
JULIA B. SPIEGEL, State Bar #292469
Deputy County Counsel
H. LUKE EDWARDS, State Bar #313756
Deputy County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA  95110-1770
Telephone:     (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:           luke.edwards@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENEN, Acting Secretary of Homeland Security; and KENNETH T. CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. 4:19-cv-4717-PJH<br><br>**CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S RECORD CITATION OF EVIDENCE OF HARMS** |

The City and County of San Francisco and the County of Santa Clara submit these Record Citations of Evidence of Harms in response to the Court's October 2, 2019 Minute Entry:

**1.    Loss of Federal Medicaid Funds.**

ECF Doc. 29, Wagner Decl. ¶¶ 4-6.

ECF Doc. 42, Shing Decl. ¶ 28-32.

**2.    Increased Out of Pocket Expenditures.**

ECF Doc. 31, Paule Decl. ¶¶ 4-6.

ECF Doc. 32, Hammer Decl. ¶¶ 4-5.

ECF Doc. 33, Ehrlich Decl. ¶¶ 5-7.

ECF Doc. 34, Sung Decl. ¶¶ 4-6.

ECF Doc. 40, Lorenz Decl. ¶¶ 14-16.

ECF Doc. 29, Wagner Decl. ¶¶ 7-8.

ECF Doc. 45, Márquez Decl. ¶ 9.

**3.    Increased Administrative and Operational Costs.**

ECF Doc. 24, Pon Decl. ¶¶ 13-16.

ECF Doc. 25, Rhorer Decl. ¶¶ 10-11.

ECF Doc. 26, Smith Decl. ¶¶ 4-9.

ECF Doc. 40, Lorenz Decl. ¶ 19.

ECF Doc. 42, Shing Decl. ¶¶ 10-12.

ECF Doc. 43, Cody Decl. ¶ 13-14.

ECF Doc. 45, Márquez Decl. ¶¶ 9-10.

**4.    Public Health Harms.**

ECF Doc. 30, Aragon Decl. ¶¶ 7-16.

ECF Doc. 43, Cody Decl. ¶¶ 6-8, 13-14.

**5.    Economic Harms to the Counties.**

ECF Doc. 27, Weisberg Decl. ¶¶ 10-11.

ECF Doc. 42, Shing Decl. ¶ 13-14, 25.

ECF Doc. No. 44-10, RJN Exhibit J.

| | |
|---|---|
| Dated:  October 4, 2019 | Respectfully submitted, |
| JAMES R. WILLIAMS<br>County Counsel<br>GRETA S. HANSEN<br>LAURA TRICE<br>RAPHAEL N. RAJENDRA<br>JULIA B. SPIEGEL<br>H. LUKE EDWARDS | DENNIS J. HERRERA<br>City Attorney<br>JESSE C. SMITH<br>RONALD P. FLYNN<br>YVONNE R. MERÉ<br>SARA J. EISENBERG<br>MATTHEW D. GOLDBERG |
| By:  */s/ H. Luke Edwards*<br>     H. Luke Edwards<br>     Deputy County Counsel | By:  */s/ Matthew D. Goldberg*<br>     Matthew D. Goldberg<br>     Deputy City Attorney |
| *Attorneys for Plaintiff*<br>*County of Santa Clara* | *Attorneys for Plaintiff*<br>*City and County of San Francisco* |