JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ALEXANDER K. HAAS, SBN 220932
Branch Director
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone:  (202) 305-7664
  Facsimile:  (202) 616-8470
  Email: Joshua.kolsky@usdoj.gov

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCSICO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> *Defendants.* | Case No. 19-cv-4717-PJH <br><br> **NOTICE OF APPEAL** |
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants.* | Case No. 19-cv-4975-PJH |

*State of Cal., et al. v. DHS, et al.*, Case No. 19-cv-4975-PJH
*City and County of San Fr., et al. v. USCIS, et a.*, No. 19-4975-PJH
Notice of Appeal

Pursuant to F.R.A.P. 3(a), all Defendants hereby appeal, to the U.S. Court of Appeals for the Ninth Circuit, the Court's October 11, 2019 Order issuing a preliminary injunction against the Department of Homeland Security's final rule, Inadmissibility on Public Charge Grounds, 84 Fed. Reg. 41292 (Aug. 14, 2019) (to be codified at 8 C.F.R. pt. 103, 212-14, 245, 248). *See* Preliminary Injunction, 19-cv-4717, ECF No. 115 (N.D. Cal. Oct. 11, 2019); Preliminary Injunction, 19-cv-4975, ECF No. 120 (N.D. Cal. Oct. 11, 2019).

Dated: October 30, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Joshua M. Kolsky*
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-7664
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

1
*State of Cal., et al. v. DHS*, *et al.*, Case No. 19-cv-4975-PJH
*City and County of San Fr., et al. v. USCIS, et a.*, No. 19-4975-PJH
Notice of Appeal