# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTES

**Date: November 14, 2019  (Time: 15 minutes)     JUDGE:  Phyllis J. Hamilton**

**Case No:** 19-cv-04717-PJH
**Case Name:** City and County of San Francisco, et al. v. U.S. Citizenship and Immigration Services, et al.

**Attorney(s) for Plaintiff:**      Sara Eisenberg; Ravi Rajendra; Luke Edwards
**Attorney(s) for Defendant:**      Joshua Kolsky

**Deputy Clerk: Kelly Collins**          **Court Reporter: Pamela Batalo Hebel**

## PROCEEDINGS

Initial Case Management Conference - Held.  Defendant to serve administrative record by 11/25/2019. Defendants' motion to dismiss or for summary judgment to be filed by 1/16/2020. Opposition and cross motion for summary judgment to be filed by 2/19/2020. Reply and opposition due 3/11/2020. Plaintiffs' reply due 4/1/2020.  Hearing on motions set for 4/29/2020. Local rule page limits apply for plaintiffs' motion.

**cc: chambers**