UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Case No. 19-cv-04717-PJH<br>Case No. 19-cv-04975-PJH<br><br>**Related Cases**<br><br>**ORDER TERMINATING MOTIONS TO STAY PRELIMINARY INJUNCTION AS MOOT** |
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | |

Before the court are defendants U.S. Citizenship and Immigration Services ("USCIS"), Department of Homeland Security ("DHS"), Kevin McAleenen as Acting Secretary of DHS, and Kenneth T. Cuccinelli as Acting Director of USCIS's motions to stay the preliminary injunction that had been issued in the above-captioned actions pending appeal. Defendants sought identical relief from the Ninth Circuit Court of Appeals. On December 5, 2019, the Ninth Circuit granted defendants' motion and stayed the preliminary injunction issued in these actions. See Order, City & Cty. of San Francisco v. U.S. Citizenship & Immigration Servs., Case No. 19-17213 (9th Cir. Dec. 5, 2019), ECF No. 27. Accordingly, this court TERMINATES defendants' motions to stay

/ / /

currently pending before this court as moot.

**IT IS SO ORDERED.**

Dated: December 6, 2019

                                              /s/ Phyllis J. Hamilton
                                              PHYLLIS J. HAMILTON
                                              United States District Judge