**FILED**

**DEC 30 2019**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA,<br><br>          Plaintiffs-Appellees,<br><br> v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of the United States Department of Homeland Security; KENNETH T. CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services,<br><br>          Defendants-Appellants. | No.   19-17213<br><br>D.C. No. 4:19-cv-04717-PJH<br>Northern District of California, Oakland<br><br><br>ORDER |

Before: BYBEE, IKUTA, OWENS, Circuit Judges.

The Consent Motion of Immigrant and Healthcare Service Organizations to Participate as Amici Curiae in Support of Plaintiffs-Appellees' Motion for Reconsideration En Banc, filed December 27, 2019, is hereby GRANTED. The Clerk's Office is directed to file the brief.