CITY ATTORNEY'S OFFICE
CITY AND COUNTY OF SAN FRANCISCO
DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
SARA J. EISENBERG, State Bar #269303
Chief of Strategic Advocacy
MATTHEW D. GOLDBERG, State Bar #240776
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:	(415) 554-4748
Facsimile:	(415) 554-4715
E-Mail:	matthew.goldberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
JAMES R. WILLIAMS, State Bar #271253
County Counsel
GRETA S. HANSEN, State Bar #251471
Chief Assistant County Counsel
LAURA TRICE, State Bar #284837
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, State Bar #255096
Deputy County Counsel
JULIA B. SPIEGEL, State Bar #292469
Deputy County Counsel
H. LUKE EDWARDS, State Bar #313756
Deputy County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1770
Telephone:	(408) 299-5900
Facsimile:	(408) 292-7240
E-Mail:	luke.edwards@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENEN, Acting Secretary of Homeland Security; and KENNETH T. CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. 4:19-cv-04717-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING APPEAL** |

WHEREAS this Court granted Plaintiffs City and County of San Francisco and County of Santa Clara's ("Counties") motion for a preliminary injunction on October 11, 2019;

WHEREAS Defendants filed their Notice of Appeal of this Court's preliminary injunction on October 30, 2019;

WHEREAS Defendants filed their opening brief on the merits of this appeal in the Ninth Circuit Court of Appeals on December 4, 2019, the Counties' answering brief is due on January 16, 2020, and Defendants' reply brief is due on February 6, 2020;

WHEREAS Defendants filed an emergency motion in the Ninth Circuit Court of Appeals to stay the injunction on November 15, 2019, the Counties filed their opposition to the emergency stay motion on November 22, 2019, and Defendants replied on November 26, 2019;

WHEREAS a motions panel of the Court of Appeals issued a decision granting the stay on December 5, 2019;

WHEREAS the Counties moved for *en banc* reconsideration of the motions panel's order on December 19, 2019, and Defendants have been ordered to file an opposition to the request for reconsideration by January 10, 2020;

WHEREAS the issues raised in the appeal from the preliminary injunction substantially overlap with the issues that will be raised in the Defendants' motion to dismiss or for summary judgment and in the Counties' cross-motion for summary judgment; and

WHEREAS on January 8, 2020, a motions panel of the Second Circuit Court of Appeals issued an order denying the government's motions to stay nationwide preliminary injunctions of the rule at issue in this case, thereby leaving those injunctions in place, *see State of New York v. Dep't of Homeland Security*, No. 19-3591, Dkt. No. 162 (2d Cir.);

NOW THEREFORE, the Parties stipulate and respectfully request that the district court stay all proceedings in this matter pending resolution of the appeal in *City and County of San Francisco v. United States Citizenship and Immigration Services*, Ninth Circuit Case No. 19-17213.

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: January 8, 2020

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

By: */s/ Joshua M. Kolsky*
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-7664
Fax: (202) 616-8470
joshua.kolsky@usdoj.gov

Attorneys for DEFENDANTS

Dated: January 8, 2020

DENNIS J. HERRERA
City Attorney

By: */s/ Sara J. Eisenberg*
SARA J. EISENBERG
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

Dated: January 8, 2020

JAMES R. WILLIAMS
County Counsel

By: */s/ H. Luke Edwards*
H. Luke Edwards
Deputy County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

### **ATTESTATION OF SIGNATURES**

I, Sara J. Eisenberg, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

*/s/ Sara J. Eisenberg*
Sara J. Eisenberg
Deputy City Attorney
Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

Based on the written stipulation of the Parties and good cause appearing therefore, I hereby stay all proceedings in this matter pending resolution of the appeal in *City and County of San Francisco v. United States Citizenship and Immigration Services*, Ninth Circuit Case No. 19-17213. The parties shall provide a status report to this Court within 14 days of the Ninth Circuit Court of Appeals issuing its decision on the merits in Ninth Circuit Case No. 19-17213.

**IT IS SO ORDERED.**

Dated:  January  10 , 2020



_____
PHYLLIS J. HAMILTON
United States District Judge