COOLEY LLP
ELIZABETH STAMESHKIN (260865)
(lstameshkin@cooley.com)
PRIYAMVADA ARORA (301207)
(parora@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for *Amici Curiae*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　Defendant. | Case No. 4:19-cv-04717-PJH<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Judge:  Hon. Phyllis J. Hamilton |

|   |   |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |

PLEASE TAKE NOTICE that Susan M. Krumplitsch, listed as one of the counsel for The American Academy of Pediatrics, The American Medical Association, The American College of Physicians and the American Academy of Pediatrics, California (collectively "*Amici*") in this action, is no longer serving as one of the counsel in this action. Counsel of record for *Amici* will otherwise remain the same.

Dated:   May 29, 2020

/s/ Priyamvada Arora
COOLEY LLP
ELIZABETH STAMESHKIN (260865)
(lstameshkin@cooley.com)
PRIYAMVADA ARORA (301207)
(parora@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for *Amici Curiae*