CITY ATTORNEY'S OFFICE
CITY AND COUNTY OF SAN FRANCISCO
DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
SARA J. EISENBERG, State Bar #269303
Chief of Strategic Advocacy
MATTHEW D. GOLDBERG, State Bar #240776
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        matthew.goldberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
JAMES R. WILLIAMS, State Bar #271253
County Counsel
GRETA S. HANSEN, State Bar #251471
Chief Assistant County Counsel
LAURA TRICE, State Bar #284837
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, State Bar #255096
Deputy County Counsel
JULIA B. SPIEGEL, State Bar #292469
Deputy County Counsel
H. LUKE EDWARDS, State Bar #313756
Deputy County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA  95110-1770
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:        luke.edwards@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA,<br><br>  Plaintiffs,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, Acting Secretary of Homeland Security; and KENNETH T. CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>  Defendants. | Case No. 4:19-cv-4717-PJH<br><br>**JOINT STATUS REPORT** |

The parties respectfully submit this Joint Status Report pursuant to the Court's January 10, 2020 Order, ECF No. 141. In that Order, the Court stayed all proceedings in this matter pending resolution of the appeal in Ninth Circuit Case No. 19-17213. The Court also ordered that the parties submit a status report within 14 days of the Ninth Circuit Court of Appeals issuing its decision on the merits in Case No. 19-17213. *See id.*

The parties report that on December 2, 2020, the Ninth Circuit Court of Appeals issued its decision in case number 19-17213. *See City & Cty. of S.F. v. U.S. Citizenship & Immigration Servs.*, Nos. 19-17213, 19-17214, 19-35914, 2020 U.S. App. LEXIS 37602 (9th Cir. Dec. 2, 2020). In that decision, the Court of Appeals affirmed this Court's Order preliminarily enjoining the DHS rule titled "Inadmissibility on Public Charge Grounds."

Defendants are currently considering potential next steps concerning the Ninth Circuit's decision.[1] Given the possibility of further appellate activity, the parties agree, and respectfully propose to the Court, that this matter should remain stayed pending issuance of the mandate by the Court of Appeals. The parties further propose that they file a joint status report within 7 days following issuance of the mandate.

Dated:   December 16, 2020                                  Respectfully submitted,

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General | DENNIS J. HERRERA<br>City Attorney<br>JESSE C. SMITH<br>RONALD P. FLYNN |
| ALEXANDER K. HAAS<br>Branch Director | YVONNE R. MERÉ<br>SARA J. EISENBERG<br>MATTHEW D. GOLDBERG |
| By:  */s/ Joshua Kolsky*<br>ERIC J. SOSKIN<br>Senior Trial Counsel<br>KERI L. BERMAN<br>KUNTAL V. CHOLERA<br>JOSHUA M. KOLSKY, DC Bar No. 993430<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch | By:  */s/ Sara J. Eisenberg*<br>    Sara J. Eisenberg<br>    Deputy City Attorney<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

---

[1] In analogous litigation, Defendants have filed petitions for a writ of certiorari with the U.S. Supreme Court seeking review of decisions affirming preliminary injunctions of the public charge rule by the Second and Seventh Circuits.

| | |
|---|---|
| 1100 L Street NW<br>Washington, D.C. 20005<br>Tel: (202) 305-7664<br>Fax: (202) 616-8470<br>joshua.kolsky@usdoj.gov<br><br>Attorneys for Defendants | JAMES R. WILLIAMS<br>County Counsel<br>GRETA S. HANSEN<br>LAURA TRICE<br>RAPHAEL N. RAJENDRA<br>JULIA B. SPIEGEL<br>H. LUKE EDWARDS<br><br>By:  */s/ H. Luke Edwards*<br>    H. Luke Edwards<br>    Deputy County Counsel<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* |



IT IS SO ORDERED

Judge Phyllis J. Hamilton

December 17, 2020