# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 21, 2021

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  United States Citizenship and Immigration Services, et al.
v. City and County of San Francisco, California, et al.
No. 20-962
(Your No. 19-17213, 19-17214, 19-35914)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 21, 2021 and placed on the docket January 21, 2021 as No. 20-962.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk