MICHAEL D. GRANSTON
Deputy Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ALEXANDER K. HAAS, SBN 220932
Branch Director
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone:  (202) 305-7664
  Facsimile:  (202) 616-8470
  Email: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA,<br>Plaintiffs,<br>vs.<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al*.,<br>Defendants. | Case No. 19-cv-04717-PJH<br>Case No. 19-cv-04975-PJH<br>Case No. 19-cv-04980-PJH<br><br>**NOTICE** |
| STATE OF CALIFORNIA, *et al.*,<br>Plaintiffs,<br>vs.<br>U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,<br>Defendants. | |
| LA CLINICA DE LA RAZA, *et al*.,<br>Plaintiffs,<br>vs.<br>JOSEPH R. BIDEN, in his Official Capacity as President of the United States, *et al*.,[1]<br>Defendants. | |

---

[1] Joseph R. Biden, President of the United States, is substituted as defendant under Rule 25(d) of the Federal Rules of Civil Procedure.

Defendants respectfully notify the Court and Plaintiffs that, on February 2, 2021, the President issued an Executive Order addressing issues pertinent to this action, titled Executive Order on Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans. https://www.whitehouse.gov/briefing-room/presidential-actions/2021/02/02/executive-order-on-restoring-faith-in-our-legal-immigration-systems-and-strengthening-integration-and-inclusion-efforts-for-new-americans/.

The Executive Order states that it is "essential to ensure that our laws and policies encourage full participation by immigrants, including refugees, in our civic life; that immigration processes and other benefits are delivered effectively and efficiently; and that the Federal Government eliminates sources of fear and other barriers that prevent immigrants from accessing government services available to them." The Order goes on to direct that the Executive Branch "should develop welcoming strategies that promote integration, inclusion, and citizenship, and it should embrace the full participation of the newest Americans in our democracy."

To that end, the Executive Order directs action on issues pertinent to this case: Section 4 of the Executive Order specifically directs heads of relevant agencies, including the Secretary of Homeland Security, to review agency actions related to implementation of the public charge ground of inadmissibility, 8 U.S.C. § 1182(a)(4)(A), in light of the policy set forth in the Executive Order and certain other considerations. Section 3 of the Executive Order directs the Secretary of Homeland Security to review other agency actions that may be inconsistent with the policy set forth in the Executive Order.

Defendants intend to confer with Plaintiffs about the implications of the Executive Order for this litigation. Defendants propose to file a joint status report with the Court by February 19, 2021.

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

NOTICE
Case Nos. 19-cv-04717-PJH; 19-cv-04975-PJH; 19-cv-04980-PJH

|   |   |
|---|---|
| 1 | /s/ *Joshua M. Kolsky* |
| 2 | KERI L. BERMAN |
|   | KUNTAL V. CHOLERA |
| 3 | JOSHUA M. KOLSKY, DC Bar No. 993430 |
|   | Trial Attorneys |
| 4 | U.S. Dept. of Justice, Civil Division, |
|   | Federal Programs Branch |
| 5 | 1100 L Street, N.W., Rm. 12002 |
|   | Washington, DC 20001 |
| 6 | Phone: (202) 305-7664 |
| 7 | Fax: (202) 616-8470 |
|   | Email: joshua.kolsky@usdoj.gov |

*Attorneys for Defendants*