# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

March 9, 2021

Ms. Sara Jennifer Eisenberg, Esq.
San Francisco City Attorney's Office – City Hall
1 Dr. Carlton B. Goodlett Place
Room 234
San Francisco, CA 94102

Re: U. S. Citizens & Immigration Services, et al.
v. City & County of San Francisco, California, et al.,
No. 20-962

Dear Counsel:

Attached are certified copies of the joint stipulation of dismissal of the petition for writ of certiorari, filed on March 9, 2021, and the order of dismissal pursuant to Rule 46.1 of the Rules of this Court.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Herve' Bocage*

Herve' Bocage
Assistant Clerk

Enc.
cc:  Clerk, USCA for the Ninth Circuit
     (Your docket Nos. 19-17213, 19-17214, 19-35914)

# Supreme Court of the United States

No. 20-962

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,

Petitioners

v.

CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ET AL.

(09 Mar. 2021). The foregoing joint stipulation of dismissal of the petition for writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46.1 of the Rules of this Court.

(Seal)

SCOTT S. HARRIS
Clerk of the Supreme Court
of the United States
By:
*Danny Bickell*

Danny Bickell
Deputy Clerk

A true copy. SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: *Danny Bickell*

IN THE SUPREME COURT OF THE UNITED STATES

No. 20-962

UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES, ET AL., PETITIONERS

v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL.

ON PETITION FOR A WRIT OF CERTIORARI
TO THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

JOINT STIPULATION TO DISMISS

Pursuant to Rule 46.1 of the Rules of this Court, all parties respectfully stipulate that this case be dismissed. No fees are due to the Clerk, and each party will bear its own costs.

Respectfully submitted.

ELIZABETH B. PRELOGAR
Acting Solicitor General
United States Department of Justice
Washington, D.C. 20530-0001
SupremeCtBriefs@usdoj.gov
(202) 514-2217

Counsel for Petitioners

MARCH 9, 2021

RECEIVED
MAR -8 2021
OFFICE OF THE CLERK
SUPREME COURT, U.S.

2

/s/ _____
SARA J. EISENBERG
Deputy City Attorney
San Francisco City Attorney's Office
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4602
sara.eisenberg@sfcityatty.org
(415) 554-4633


Counsel for Respondents
City and County of San Francisco;
County of Santa Clara

MARCH 8, 2021



A true copy. SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Danny Bickell

3

*[signature]*

HELEN H. HONG
Deputy Solicitor General
California Department of Justice
600 West Broadway Street, Ste. 1800
San Diego, CA 92101
helen.hong@doj.ca.gov
(619) 738-9693

Counsel for Respondents
State of California; District of
Columbia; State of Maine;
Commonwealth of Pennsylvania; and
State of Oregon

MARCH 8, 2021

4

_____
JEFFREY T. SPRUNG
Assistant Attorney General
Washington Attorney General's Office
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
jeff.sprung@atg.wa.gov
(206) 326-5492

Counsel for Respondents
State of Washington; Commonwealth of Virginia; State of Colorado; State of Delaware; State of Hawai'i; State of Illinois; State of Maryland; Commonwealth of Massachusetts; Dana Nessell, Attorney General on behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of Rhode Island

MARCH 9, 2021