OFFICE OF THE CITY ATTORNEY
CITY AND COUNTY OF SAN FRANCISCO
David Chiu, State Bar #189542
City Attorney
Jesse C. Smith, State Bar #122517
Chief Assistant City Attorney
Yvonne R. Meré, State Bar #173594
Chief Deputy City Attorney
Sara J. Eisenberg, State Bar #269303
Chief of Complex and Affirmative Litigation
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone: (415) 554-3874
Fax: (415) 554-4715

*Attorneys for Plaintiff City and County of San Francisco*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY AND COUNTY OF SAN FRANCISCO, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,**<br><br>Defendants. | Case No. 4:19-cv-04717-PJH<br>Case No. 4:19-cv-04975-PJH<br>Case No. 4:19-cv-04980-PJH<br><br>**JOINT STATUS STATEMENT**<br><br>Dept:        Courtroom 3, 3rd Floor<br>Judge:       Hon. Phyllis Hamilton<br>Trial Date:  Not set.<br>Action Filed: August 16, 2019 |
| **STATE OF CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,**<br><br>Defendants. | |
| **LA CLÍNICA DE LA RAZA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,**<br><br>Defendants. | |

The parties respectfully submit this Joint Status Statement pursuant to the Court's May 26, 2021 Order staying the three above-captioned matters. In that Order, the Court directed the parties to file a joint status statement within 14 days of the U.S. Supreme Court's disposition of a motion filed by Arizona and twelve other States to intervene directly in the Supreme Court for the purpose of filing a petition for a writ of certiorari respecting the Ninth Circuit's decision affirming this Court's preliminary injunction enjoining enforcement of the 2019 public charge rule or the Northern District of Illinois's disposition of a motion to intervene and reopen final judgment, whichever is later.

On October 29, 2021, the Supreme Court denied the motion to intervene directly in the Supreme Court. *Arizona v. City & County of San Francisco*, No. 20M81 (U.S. Oct. 29, 2021). However, on the same day, the Supreme Court granted a petition for a writ of certiorari filed by the same States, challenging the Ninth Circuit's decision denying a motion to intervene in the court of appeals. The Supreme Court limited the grant to Question 1 raised in the petition, "Whether States with interests should be permitted to intervene to defend a rule when the United States ceases to defend." *Arizona v. City & County of San Francisco*, No. 20-1775 (U.S. Oct. 29, 2021). A decision in that case is expected by July 2022. In a separate case challenging the 2019 Rule, the Northern District of Illinois denied a motion filed by a similar group of States seeking to intervene and to reopen the judgment in that matter. *Cook County v. Pekoske*, No. 19-cv-6334 (N.D. Ill. Aug. 17, 2021). Those States filed a notice of appeal to the Seventh Circuit on August 20, 2021, and filed their opening brief on November 3, 2021. *Id.*, Dkt. 287; *see also Cook County v. Texas*, No. 21-2561, Dkt. 29 (7th Cir. Nov. 3, 2021). Those appellate proceedings are ongoing.

Given these circumstances, the parties respectfully request that the Court continue to stay all proceedings in the three captioned matters and direct the parties to submit a Joint Status Statement within 14 days of the Supreme Court's disposition of matter No. 20-1775.

//

//

//

//

1

| | |
|---|---|
| Dated: November 12, 2021 | Respectfully Submitted, |
| | DAVID CHIU<br>City Attorney<br>JESSE C. SMITH<br>Chief Assistant City Attorney<br>YVONNE R. MERÉ<br>Chief Deputy City Attorney |
| | /s/ Sara J. Eisenberg<br>SARA J. EISENBERG<br>Chief of Complex and Affirmative Litigation<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone: (415) 554-3874<br>Fax: (415) 554-4715<br>*Attorneys for Plaintiff City and County of San Francisco* |
| KARL A. RACINE<br>Attorney General for the District of Columbia<br>KATHLEEN KONOPKA<br>Deputy Attorney General<br>Public Advocacy Division<br>ADAM R. TEITELBAUM<br>Senior Trial Counsel<br>441 4th Street, N.W.<br>Washington, DC 20001<br>Telephone: (202) 724-6532<br>Fax: (202) 730-1900<br>E-mail: Adam.teitelbaum@dc.gov<br>*Attorneys for Plaintiff District of Columbia* | ELLEN ROSENBLUM<br>Attorney General of Oregon<br>NICOLE DEFEVER<br>Assistant Attorneys General<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301<br>Telephone: (503) 378-4402<br>E-mail: Nicole.Defever@doj.state.or.us<br>*Attorneys for Plaintiff State of Oregon* |
| AARON M. FREY<br>Attorney General of Maine<br>KIMBERLY L. PATWARDHAN<br>Assistant Attorney General<br>6 State House Station<br>Augusta, Maine 04333-0006<br>Telephone: (207) 626-8570<br>E-mail: Kimberly.patwardhan@maine.gov<br>*Attorneys for Plaintiff State of Maine* | JOSH SHAPIRO<br>Attorney General for the Commonwealth of Pennsylvania<br>MICHAEL J. FISCHER<br>Chief Deputy Attorney General<br>AIMEE D. THOMSON<br>Deputy Attorney General<br>1600 Arch St., Suite 300<br>Philadelphia, PA 19103<br>Telephone: (267) 940-6696<br>E-mail: athomson@attorneygeneral.gov<br>*Attorneys for Plaintiff Commonwealth of Pennsylvania* |

| | |
|---|---|
| James R. Williams<br>County Counsel<br>Greta S. Hansen<br>Chief Assistant County Counsel<br>Laura Trice<br>Lead Deputy County Counsel<br>Raphael N. Rajendra<br>Deputy County Counsel | Rob Bonta<br>Attorney General of California<br>Michael L. Newman<br>Senior Assistant Attorney General<br>Cherokee DM Melton<br>Supervising Deputy Attorney General<br>Lisa Cisneros<br>Katherine Lehe<br>Julia Harumi Mass<br>Brenda Ayon Verduzco |
| */s/ H. Luke Edwards*<br>H. Luke Edwards<br>Deputy County Counsel<br>70 West Hedding Street<br>East Wing, Ninth Floor<br>San Jose, CA  95110-1770<br>Telephone:  (408) 299-5900<br>Fax:  (408) 292-7240<br>*Attorneys for Plaintiff County of Santa Clara* | */s/ Anna Rich*<br>Anna Rich<br>Deputy Attorneys General<br>Telephone:  (510) 879-0296<br>Fax:  (510) 622-2270<br>Email:  Anna.Rich@doj.ca.gov<br>*Attorneys for Plaintiff State of California* |
| Alvaro M. Huerta<br>Mayra B. Joachin<br><br>*/s/ Nicholas Espíritu*<br>Nicholas Espíritu<br>National Immigration Law Center<br>3450 Wilshire Boulevard, #108-62<br>Los Angeles, CA  90010<br>Telephone:  (213) 639-3900<br>Fax: (213) 639-3911<br>E-mail:  espiritu@nilc.org<br>*Attorneys for Plaintiff La Clinica de La Raza et al.* | Brian D. Netter<br>Deputy Assistant Attorney General<br>Alexander K. Haas<br>Branch Director<br>Brigham Bowen<br>Assistant Branch Director<br><br>*/s/ Joshua M. Kolsky*<br>Joshua M. Kolsky, DC Bar No. 993430<br>Kuntal V. Cholera<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20005<br>Telephone:  (202) 305-7664<br>E-mail:  joshua.kolsky@usdoj.gov<br>*Attorneys for Defendants* |

**ATTESTATION OF CONSENT TO FILE ELECTRONIC SIGNATURE**

I, Sara Eisenberg, attest that I have obtained, from each of the other Signatories, their concurrence in the filing of this Joint Status Statement with their electronic signatures.

Dated:  November 12, 2021                    */s/ Sara Eisenberg*
                                                                       SARA EISENBERG