CITY ATTORNEY'S OFFICE
CITY AND COUNTY OF SAN FRANCISCO
DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar #269303
Chief of Complex and Affirmative Litigation
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California  94102-4602
Telephone:     (415) 554-4700
Facsimile:     (415) 554-4715
E-Mail:        sara.eisenberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
JAMES R. WILLIAMS, State Bar #271253
County Counsel
RAPHAEL N. RAJENDRA, State Bar #255096
Deputy County Counsel

70 West Hedding Street
East Wing, Ninth Floor
San José, California  95110-1770
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:        raphael.rajendra@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO and COUNTY OF SANTA CLARA,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security; and UR M. JADDOU, in his official capacity as Director of U.S. Citizenship and Immigration Services,[*]<br><br>Defendants. | Case No. 4:19-cv-04717-PJH<br><br>**CITY AND COUNTY OF SAN FRANCISCO AND COUNTY OF SANTA CLARA'S NOTICE OF VOLUNTARY DISMISSAL** |

---

[*] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Mayorkas and Director Jaddou are automatically substituted for their predecessors.

    **WHEREAS**, Plaintiffs the City and County of San Francisco and the County of Santa Clara filed the first lawsuit in the country to challenge and enjoin implementation and enforcement of a regulation that the Trump Administration issued in 2019 that purported to interpret and apply the public charge statute, Section 212(a)(4) of the Immigration and Nationality Act, 8 U.S.C. § 1182(a)(4);

    **WHEREAS**, several federal district courts, including this Court, have agreed with Plaintiffs that the Trump Administration's regulation was contrary to law, and granted injunctions prohibiting defendants from implementing or enforcing the 2019 regulation;

    **WHEREAS**, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Seventh Circuit, and the U.S. Court of Appeals for the Second Circuit also determined that the Trump Administration's regulation was contrary to law, and affirmed those preliminary injunctions;

    **WHEREAS**, the Trump Administration's regulation has been fully, finally, and permanently vacated through a final judgment on the basis that the regulation is contrary to law, and the Trump Administration's regulation has been removed from the Code of Federal Regulations; and

    **WHEREAS**, the Biden Administration issued a new final regulation that interprets and applies the pubic charge statute, that became effective on December 23, 2022, and that is currently in effect,

    **NOW, THEREFORE**, Plaintiffs hereby voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  January 30, 2023

Respectfully submitted,

JAMES R. WILLIAMS
County Counsel
RAPHAEL N. RAJENDRA

DAVID CHIU
City Attorney
SARA J. EISENBERG

By: */s/ Raphael N. Rajendra*
    RAPHAEL N. RAJENDRA
    Deputy County Counsel

By: */s/ Sara J. Eisenberg*
    SARA J. EISENBERG
    Chief of Complex and Affirmative
    Litigation

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*